1
2
3
4
5
6
7
8
9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13   CARL GERMAINE DIXON,                         1:06-CV-00370 AWI SMS P

14          Plaintiff,                            ORDER TRANSFERRING CASE

15        vs.

16   D. SHELDON, et al.,

17          Defendants.

18   _____/

19        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C.

20   § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  In his

21   complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place

22   in Sacramento County which is part of the Sacramento Division of the United States District Court for

23   the Eastern District of California.   Therefore, the complaint should have been filed in the Sacramento

24   Division.

25        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

27   transferred to the Sacramento Division.   This court will not rule on plaintiff's request to proceed in

28   forma pauperis.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3    2.   This action is transferred to the United States district Court for the Eastern district of

4    California sitting in Sacramento; and

5    3. All future filings shall reference the new Sacramento case number assigned and shall be filed

6    at:

7
                                    United States District Court
8                                   Eastern District of California
                                    501 "I" Street, Suite 4-200
9                                   Sacramento, CA 95814.

10   IT IS SO ORDERED.

11   **Dated:    April 14, 2006**              **/s/ Sandra M. Snyder**
     i0d3h8                           UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28